In the Matter of Dwight James, Appellant, v New York State Board of Parole, Respondent.

Decided May 3, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of Vladimir Jeanty, Appellant, v Barry M. Donalty, Supervising Judge, Oneida County Court, et al., Respondents.

Submitted April 18, 2016; decided May 3, 2016

Motion to seal dismissed as unnecessary (*see* Rules of Ct of Appeals [22 NYCRR] § 500.5 [b]).

In the Matter of Diana Oliver, Appellant, v Mark A. Gross, Judge of the Mount Vernon City Court, et al., Respondents.

Submitted April 4, 2016; decided May 3, 2016

Motion to dismiss appeal granted and appeal dismissed, without costs, for failure to proceed.

Chief Judge DiFiore taking no part.